**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000341**
**31-AUG-2021**
**08:08 AM**
**Dkt. 25 ORD**

NO. CAAP-21-0000341

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
ROBERTA WILBORN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-19-0000658)

ORDER
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the August 26, 2021 "Motion to Reconsideration, Requesting Time, Provide a Counsel," (**Motion for Reconsideration**) and the August 27, 2021 "Amended Motion to Amend Caption and Court Records to Identify Defendant as Roberta Malori," (**Motion to Amend Caption**) by self-represented Defendant-Appellant Roberta Wilborn (**Appellant**), the papers in support, and the record, it appears that this court dismissed appeal No. CAAP-21-0000341 for lack of appellate jurisdiction on August 12, 2021. The Motion for Reconsideration does not request reconsideration of the dismissal of the appeal, or any prior order; instead, it appears to request an extension of time to file the opening brief and appointment of appellate counsel. The Motion to Amend

Caption requests the caption of the case be amended to reflect that Appellant's name is Roberta Malori.

IT IS HEREBY ORDERED that the Motion for Reconsideration and Motion to Amend Caption are dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawaiʻi, August 31, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge